**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-6612**

───────────────

BRYANT K. MCARTHUR,

Petitioner - Appellant,

versus

THOMAS R. CORCORAN, Warden, Maryland House of
Corrections,

Respondent - Appellee.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
98-363-S)

───────────────

Submitted: July 2, 1998          Decided: July 29, 1998

───────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Bryant K. McArthur, Appellant Pro Se. David Jonathan Taube, Assis-
tant Attorney General, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>McArthur v. Corcoran</u>, No. CA-98-363-S (D. Md. Mar. 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2